**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LAMAL MCKINNEY,

        Plaintiff,

    - against -

THE STOP & SHOP SUPERMARKET
COMPANY LLC,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV 22-877 (JMA) (JMW)

An Order of Honorable James M. Wicks, United States Magistrate Judge, having been filed on August 15, 2022, requiring the *pro se* Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with the Orders of this Court; and the Plaintiff having failed to respond to the August 15, 2022 Oder; and an Electronic Order Dismissing Case of Honorable Joan M. Azrack, United States District Judge, having been filed on September 16, 2022, directing the Clerk of the Court in accordance with the August 15, 2022 Order to enter judgment and close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that Plaintiff Lamal McKinney take nothing of Defendant The Stop & Shop Supermarket Company LLC; that this case is dismissed for failure to prosecute and failure to comply with the Orders of the Court; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: September 16, 2022
       Central Islip, New York

                                                                                 BRENNA B. MAHONEY
                                                                                 CLERK OF THE COURT
                                                          BY:   /S/ JAMES J. TORITTO
                                                                                  DEPUTY CLERK